**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE ESTATE OF MALKA "MALKI" ROTH, by and through its joint representatives ARNOLD ROTH and FRIMET ROTH; ARNOLD ROTH; and FRIMET ROTH,

Plaintiffs,

v.

AHLAM AREF AHMAD AL-TAMIMI, a/k/a "Khalti," a/k/a "Halati,"

Defendant.

Case No.: 1:26-CV-02836

# ORDER

Upon consideration of the Motion for Admission Pro Hac Vice of David Benger, it is hereby **ORDERED** that,

The Motion is **GRANTED**; and it is **FURTHER ORDERED**, that

David Benger is admitted pro hac vice to appear and participate as counsel for the Plaintiffs in this case.

**SO ORDERED.**

On this 17th day of August 2026.

Royce C. Lamberth
ROYCE C. LAMBERTH
United States District Court Judge